UNITED STATES DISTRICT COURT
**DISTRICT OF MINNESOTA**

UNITED STATES OF AMERICA )
)
v. ) Case No.: 01-30 (JMR)
)
CALVIN RAY MILLER )

**APPLICATION FOR WRIT OF HABEAS CORPUS**

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
(X )Ad Prosequendum ( )Ad Testificandum

Name of Detainee: CALVIN RAY MILLER
Detained at (custodian): Prairie Correctional Facility - Appleton, MM

Detainee is: a.) ( X ) charged in this district by:
( X ) Indictment ( )Information ( ) Complaint
Charging Detainee With: Conspiracy to Distribute Cocaine Base

or b.) ( ) a witness not otherwise available by ordinary process of the Court

Detainee will: a.) ( ) return to the custody of detaining facility upon termination of this proceeding
or b.) ( X ) be retained in federal custody until final disposition of federal charges.

Appearance is necessary on April 16, 2008 at 9:00 a.m. in the courtroom of The Honorable James M. Rosenbaum

Dated: March 20, 2008

Andrew R. Winter
Andrew R. Winter, AUSA

**WRIT OF HABEAS CORPUS**

(X )Ad Prosequendum ( )Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any further proceedings to be had in this case, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

3/20/08
Date

UNITED STATES MAGISTRATE JUDGE

Please provide the following, if known:

A.K.A.(s) (if applicable): "Cal" and "Bal" Gender: Male
Booking or Fed. Reg.#: OID # 177105 DOB:
Facility Address: Prairie Correctional Facility, P.O. Box 500, Unit CC 106 Race:
Appleton, MN, 56208 FBI #:
Facility Phone: (320) 289-2052
Currently Incarcerated For:

SCANNED
MAR 2_ 2008
U.S. DISTRICT COURT MPLS

**RETURN OF SERVICE**

Executed on ____________ by ____________ ____________
(Signature)

Writ issued 3/21/08