UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
01-CR-30(JMR/SRN)

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Calvin Ray Miller | ) | |

Defendant moves the Court for a modification of his sentence. The Court declines to grant the motion.

IT IS ORDERED that defendant's motion [Docket No. 18] is denied without prejudice.

Dated: March 24, 2008

s/ James M. Rosenbaum
JAMES M. ROSENBAUM
United States Chief District Judge