**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

UNITED STATES OF AMERICA,
Plaintiff,
v.

Calvin Ray Miller,
Defendant.

## COURT MINUTES - CRIMINAL

BEFORE: James M. Rosenbaum
U.S. District Judge

Case No: 01-30 JMR/SRN
Date: April 21, 2008
Court Reporter: Ron Moen
Time Commenced: 9:13 a.m.
Time Concluded: 9:20 a.m.
Time in Court: 7 Minutes

## APPEARANCES:

Plaintiff: Chris Wolfe, Assistant U.S. Attorney
Defendant: Reggie Aligada ☒ FPD

## PROCEEDINGS:

☒ **Revocation of Probation - Final Hearing.**
☒ Defendant admits allegations.

## ORDERED:

☒ Defendant remanded to custody of the U.S. Marshal.
☒ Defendant is sentenced to: Custody of BOP: 9 months, consecutive to any undischarged term of state sentence imposed; defendant's Probation shall be terminated upon release from custody
☒ Written order to be issued.

s/Heather Walker
Calendar Clerk