UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
01-CR-030(JMR/SRN)

United States of America )
)
v. ) ORDER TO APPOINT COUNSEL
)
Calvin Ray Miller )

The Court has determined defendant is financially unable to employ counsel, and finds it is in the interest of justice that counsel be assigned.

Accordingly, IT IS ORDERED that counsel is appointed pursuant to 18 U.S.C. § 3006A.

Dated: April 23, 2008

s/ James M. Rosenbaum
JAMES M. ROSENBAUM
United States Chief District Judge