AO 245D (Rev. 12/03) Sheet 1 - Judgment in a Criminal Case for Revocations

# United States District Court
## District of Minnesota

UNITED STATES OF AMERICA
v.
**Calvin Ray Miller**

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation)
Case Number: **01-CR-030(JMR/SRN)**
USM Number: **09804-041**
Social Security Number: **1131**
Date of Birth: **1975**

**Reginald Aligada**
Defendant's Attorney

**THE DEFENDANT:**

[**x**] admitted guilt to violation of **Standard Condition 1**: **"Defendant shall not commit another federal, state, or local crime"** of the term of probation.
[] was found in violation of condition(s) after denial of guilt.
The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| **I** | **Third degree possession of 3 grams or more of cocaine** | **July 13, 2007** |

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[] The defendant has not violated condition(s) and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of any material change in economic circumstances.

**April 21, 2008**
Date of Imposition of Judgment

s/ James M. Rosenbaum
Signature of Judge

**JAMES M. ROSENBAUM**, United States Chief District Judge
Name & Title of Judge

April 24, 2008
Date

DEFENDANT: CALVIN RAY MILLER
CASE NUMBER: 01-CR-030(JMR/SRN)

# PROBATION

The defendant is hereby sentenced to **a term of imprisonment of 9 months, to be served consecutively to his term with the Minnesota Department of Corrections. Thereafter, supervision shall terminate.**