UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 01-30(JMR/SRN)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | REASSIGNMENT OF |
| | ) | CRIMINAL CASE |
| v. | ) | |
| | ) | |
| CALVIN RAY MILLER, | ) | |
| | ) | |
| Defendant. | ) | |

The following criminal case has been reassigned as follows:

Criminal No.
01-30(JMR/SRN)

Defendant Name
Calvin Ray Miller

Remove AUSA
Andrew S. Dunne

Add AUSA
Andrew R. Winter

Dated: May 29, 2008

FRANK J. MAGILL, JR.
Acting United States Attorney

*s/ Andrew R. Winter*

BY: ANDREW R. WINTER
Assistant U.S. Attorney
Attorney ID No. 0232531